United States District Court
Southern District of Texas
**ENTERED**
August 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JORGE VASQUEZ-ANDRADE, "Petitioner," | § § § | |
| v. | § | Civil Action No. 1:26-cv-00313 |
| WARDEN, EL VALLE DETENTION CENTER, *et al*., *in their official capacities,* "Respondents." | § § § § | |

**ORDER**

Before the Court is the "Magistrate Judge's Report and Recommendation" (Dkt. No. 4) ("R&R"), which recommends that the Court (1) deny Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and (2) direct the Clerk of Court to close the case. Dkt. No. 4 at 1, 5.

Objections to the R&R were due July 8, 2026. No objections were filed. If there have been no objections to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 4) is **ADOPTED**. The Petition (Dkt. No. 1) is **DENIED** and the Clerk of the Court is **ORDERED** to close this case.

SIGNED this August 20, 2026

Rolando Olvera
United States District Judge